UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 09-110 |
| ROSE MARIE SAFKO, <br> a/k/a "Rose Marie Locascio" | : | <u>ORDER</u> |

This matter having been opened to the Court by motion of Defendant Rose Marie Safko, *pro se*, for an order terminating her sentence of probation in the above-entitled matter, and Paul J. Fishman, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing) having been notified, and the Court having considered the submissions by the parties, the Court makes the following findings:

1. On July 16, 2009, the Court sentenced Defendant Rose Marie Safko to a term of five years probation for theft of Government funds, in violation of Title 18, United States Code, Section 641.

2. The Court also ordered Defendant Rose Marie Safko to pay $45,967.09 in restitution to the U.S. Social Security Administration.

3. Defendant Rose Marie Safko has not yet paid the full amount of restitution owed.

4. Pursuant to Title 18, United States Code, Section 3564(c), and having considered the factors set forth in Title 18,

United States Code, Section 3553(a), it is not in the interest of justice to terminate the term of probation previously ordered by this Court.

IT IS, therefore, on this 23rd day of July, 2012,

ORDERED that the motion of Defendant Rose Marie Safko for an order terminating her sentence of probation is hereby denied.

                                              /s/ KSHayden
                                            HONORABLE KATHERINE S. HAYDEN
                                            United States District Judge